BOARD OF BAR COMMISSIONERS OF THE KENTUCKY BAR ASSOCIATION v. Robert Lee MEREDITH.

Court of Appeals of Kentucky.

Feb. 18, 1944.

PER CURIAM.·

The Board of Bar Commissioners of the State Bar Association having filed in this court their report recommending that Robert Lee Meredith be disbarred and his license revoked and no response having been filed, the report is confirmed and adopted.

It is ordered that Robert Lee Meredith be disbarred from the practice of law in this Commonwealth and his license to practice law is revoked.

It is further ordered that execution may issue for costs accrued in this court and incurred by the complainant.

BOARD OF BAR COMMISSIONERS OF THE KENTUCKY STATE BAR ASSOCIATION, Complainant, v. Henry T. KRAFT, Respondent.

Court of Appeals of Kentucky.

Feb. 18, 1944.

PER CURIAM.

The Board of Commissioners of the State Bar Association filed in this court its report recommending the disbarment of respondent Henry T. Kraft, from practicing law in this Commonwealth. Not having been responded to or otherwise controverted, it is confirmed and the license of respondent to practice law in this Commonwealth is canceled and set aside.

Margaret GALLAGHER'S EXECUTOR (Conrad Kaiser), Movant, v. W. F. HOFFMAN, Opposed.

Court of Appeals of Kentucky.

Feb. 22, 1944.

Woodward, Dawson & Hobson for movant.

Jones, Keith & Jones, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.